IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JOSHUA TILLMAN                                                                                    PLAINTIFF

v.                                          Case No. 1:14-cv-01038

SIMON PAMPLIN et al.                                                                         DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed August 18, 2014, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 9). Judge Bryant recommends that the above-styled case be dismissed without prejudice for failure to exhaust administrative remedies prior to filing this lawsuit. Thus, the Court is without subject-matter jurisdiction pursuant to Federal Rule of Civil Procedure 41(b). The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 1st day of October, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge